FILED

DEC 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH LAKES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, Customs and Border Protection, in his official capacity,<br><br>　　　　Defendant - Appellee. | No.   08-16956<br>D.C. No.  3:05-cv-04874-MMC<br>　　　　　07-cv-01792-MMC<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

　　A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

　　A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Wendy Li
Deputy Clerk